# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND ROBERTS, #117244, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0485-CG-B ) |
| CARTER DAVENPORT, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Roberts' petition is **DISMISSED with prejudice** as 1) time-barred and 2) because Petitioner was no longer in custody under the conviction which the petition attacked. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 5th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE